# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11cv97

| | |
|---|---|
| MARTIN TURNER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SHAW CONSTRUCTORS, INC., | ) |
| Defendant. | ) |

The Local Rules of this Court require an attorney practicing in this Court to register for an ECF account with the Clerk of Court. LcvR 83.1(A). Attorney Andrea Leslie-Fite, who represents Plaintiff Martin Turner, has been provided two Notices from the Clerk that she is required to register for an ECF account. (Notice, Apr. 29, 2011; Second Notice Jun. 1, 2011.) To date, Attorney Leslie-Fite has still not registered as required by Local Rule 83.1(A). Accordingly, the Court **ORDERS** Attorney Andrea Leslie-Fite to register for an ECF account at www.ncwd.uscourts.gov by July 15, 2011.

Signed: July 7, 2011

Dennis L. Howell
United States Magistrate Judge